# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:09-cr-00429-JEC
### USA v. Goff
### Honorable Julie E. Carnes

Minute Sheet for proceedings held In Open Court on 11/23/2010.

TIME COURT COMMENCED: 1:55 P.M.  
TIME COURT CONCLUDED: 6:20 P.M.  
TIME IN COURT: 1:35  

COURT REPORTER: David Ritchie  
CSO/DUSM: CSO Moye  
USPO: Candice Logan  
DEPUTY CLERK: Dee-dee McGoldrick  

| | |
|---|---|
| DEFENDANT(S): | [1]Gary Goff Present at proceedings |
| ATTORNEY(S) PRESENT: | Lawrence Anderson representing Gary Goff<br>William McKinnon representing USA<br>** Douglas Flint for Gary Goff |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MOTIONS RULED ON: | DFT#1-[17]Motion for Downward Departure GRANTED |
| MINUTE TEXT: | Also present on behalf of victim company, Gary Freed and Matthew Thiem. Court and Counsel discuss cases/loss amounts. Government's witness Mark Cecil Williams sworn. Government's exhibits 1-6 admitted. Court and Counsel break from 3:00 pm-3:06 pm. Cross-examination of witness by counsel for defendant Goff and defendant Byers. Re-direct by Government. Counsel for Government discusses loss amounts and counsel for the defendants respond. Court and Counsel break from 4:35 pm-4:45 pm. Loss discussions continue. Counsel for defendant Carroll discussed 3553 issues. Mrs. Carroll, defendant's wife, addressed the Court. Defendant Carroll addressed the Court. Counsel for defendant Goff discussed 3553 issues. Defendant Goff sworn. Counsel for defendant Byers discussed 3553 issues. Defendant Byers addressed the Court. Gary Freed, counsel for victim, addressed the Court. Defendant Goff is sentenced to CBOP 14 months; 3 years supervised release; $200 special assessment; restitution to NCI in an amount to be determined - see J&C for details. Defendant objects and appeal rights given. Defendant Byers is sentenced to CBOP 15 months; 3 years supervised release; $100 special assessment; restitution to NCI in an |

amount to be determined - see J&C for details. No objections and appeal rights given. Defendant Carroll is sentenced to CBOP 18 months; 3 years supervised release; $1300 special assessment; $364,064.42 restitution to NCI - see J&C for details. Defendant objects and appeal rights given. Government to provide exact restitution amounts and defendants will have 2 weeks to respond to amounts. All defendants are allowed to voluntarily surrender (defendant Carroll not before 4/1/11 to get eye surgery).

HEARING STATUS: Hearing Concluded
EXHIBIT STATUS: Exhibits retained by the Court to be forwarded to the Clerks Office.